IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLOMON HAWKINS,<br><br>   Plaintiff,<br><br>v.<br><br>AMEREN ILLINOIS COMPANY, *et al.*,<br><br>   Defendant. | Case No. 25-CV-00503-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

 **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 4, 2025 (Doc. 26), this matter is **DISMISSED with prejudice**.

**DATED: December 4, 2025**

            MONICA A. STUMP,
            Clerk of Court


            By: *s/ Jackie Muckensturm*
              Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
      STEPHEN P. MCGLYNN
      U.S. District Judge